AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

Douglas L. Thomas

*Plaintiff(s)*

v.

Norfolk Southern Railway Company

*Defendant(s)*

Civil Action No. 2:19-cv-85

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  John C Duffey, Registered Agent
Stuart & Branigan
300 Main Street, Suite 800
Lafayette, IN 47901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael B. Gunzburg
Ridge & Downes
101 N. Wacker Drive, Suite 200
Chicago, IL 60606

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 03/04/2019

s/Steven Till
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:19-cv-85

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* John C. Duffey

was received by me on *(date)* 3.12.19 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Carol L. Gastineau , who is
designated by law to accept service of process on behalf of *(name of organization)* Norfolk Southern Railway on *(date)* 3.13.19 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3.13.19

*Server's signature*

DAVID J. DELION Dep. Sheriff
*Printed name and title*

TIPPECANOE COUNTY SHERIFF'S DEPT.
2640 Duncan Rd, Lafayette, IN 47904
*Server's address*

Additional information regarding attempted service, etc:



BASIL WALLACE ROMAN, II H J
Notary Public
Tippecanoe County, State of Indiana
Commission Expires Sept. 6, 2024

**Person Served:** John C. Duffey

**Address Paper Served:** 300 Main Street, #800 Lafayette, IN 47901

**Type of Paper:** <u>**Summons**</u>

**Cause Number:** <u>2:19cv-85</u>

**How Served:** Served to Receptionist

**Signature of Respondent:** Carol L. Gastineau

**Date:** March 13, 2019  **Time Served:** 9:35 am

**Served By:** Dave DeLion 79-134